**Aaron Little FRENCH, Plaintiff—
Appellant,**

v.

**Joseph V. SMITH; Kathleen Hawk Sawyer; Robert Wilson; J. Wade; L. Guevara–Rosario; A. Molina, Defendants—Appellees.**

No. 06–6067.

United States Court of Appeals,
Fourth Circuit.

Submitted March 31, 2006.

Decided April 11, 2006.

Aaron Little French, Appellant Pro Se. Christie Newman, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aaron Little French appeals the district court's order adopting the magistrate judge's recommendation, granting Respondents' motion to dismiss, and denying relief on his *Bivens* complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See French v. Smith,* No. 6:04–cv–21915–MBS (D.S.C. Dec. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).